UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Maryellen Wilken,                                    Case No. 3:22-cv-1783

                   Plaintiff,

      v.                                              MEMORANDUM OPINION
                                                           AND ORDER

Commissioner of Social
Security Administration,

                   Defendant.

      Before me is the Report and Recommendation ("R & R") of Magistrate Judge James E. Grimes Jr. filed on July 21, 2023. (Doc. No. 11). As Judge Grimes correctly stated in the R & R,

> Any objections to this Report and Recommendation must be filed with the Clerk of Court within 14 days after the party objecting has been served with a copy of this Report and Recommendation. 28 U.S.C. § 636(b)(1[)]. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *See Berkshire v. Beauvais*, 928 F.3d 520, 530–531 (6th Cir. 2019).

(*Id.* at 25).

      The fourteen-day window for objections has closed, and no objections have been filed. By declining to filed objections, Plaintiff has indicated that she does not seek a "de novo determination" of any portion of the R & R. 28 U.S.C. § 636(b)(1). Therefore, I will perform no such review. Instead, I adopt the recommendation of Judge Grimes that the Commissioner's decision be affirmed and close this case.

      So Ordered.

                                                                       s/ Jeffrey J. Helmick
                                                                        United States District Judge